Jennifer L. Braster
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(T) (702) 420-7000
(F) (702) 420-7001
jbraster@nblawnv.com
asharples@nblawnv.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CORY ANTFLICK,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; WELLS FARGO BANK, NA,<br><br>Defendants. | Case No. 2:19-cv-02051-RFB-BNW<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF'S STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT**<br><br>**(FIRST REQUEST)**<br><br>Complaint filed: November 27, 2019 |

Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff Cory Antflick ("Plaintiff"), by and through their respective counsel of record, hereby submit this stipulation to extend the time for Experian to respond to Plaintiff's Complaint (ECF No. 1) pursuant to LR IA 6-1.

Plaintiff filed his Complaint on November 27, 2019. (ECF No. 1). The current deadline for Experian to respond to the Complaint is December 26, 2019. Plaintiff and Experian stipulate and agree that Experian shall have until January 15, 2020 to file its responsive pleading.

This is Experian's first request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice any party, but due to Experian's counsel's previously

scheduled holiday plans.

**IT IS SO STIPULATED.**

DATED this 20th day of December 2019.　　　NAYLOR & BRASTER

By: */s/ Jennifer L. Braster*
　　Jennifer L. Braster (NBN 9982)
　　Andrew J. Sharples (NBN 12866)
　　1050 Indigo Drive, Suite 200
　　Las Vegas, NV 89145
　　jbraster@nblawnv.com
　　asharples@nblawnv.com
　　(702) 420-7000

　　*Attorneys for Defendant*
　　*Experian Information Solutions, Inc.*

DATED this 20th day of December 2019.　　　HAINES & KRIEGER, LLC

By: */s/ David H. Krieger*
　　David H. Krieger (NBN 9086)
　　8985 S. Eastern Avenue, Suite 350
　　Las Vegas, NV 89123
　　dkrieger@hainesandkrieger.com
　　(702) 880-5554

　　*Attorneys for Plaintiff Cory Antflick*

**IT IS SO ORDERED.**

Dated this 23 day of December 2019.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

NAYLOR & BRASTER
ATTORNEYS AT LAW
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
(702) 420-7000