**JENNIFER BERGH**
Nevada Bar No. 14480
**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
Telephone: (214) 560-5460
Facsimile: (214) 871-2111
jbergh@qslwm.com

COUNSEL FOR TRANS UNION LLC

**Designated Attorney for Personal Service**
Trevor Waite, Esq.
Nevada Bar No.: 13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CORY ANTFLICK,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC, TRANS UNION, LLC, and WELLS FARGO BANK, NA,<br><br>Defendants. | Case No. 2:19-cv-02051-RFB-BNW<br><br>**JOINT MOTION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Amanda Gates ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Motion Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On November 27, 2019, Plaintiff filed his Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is December 24, 2019. The allegations in Plaintiff's Complaint date back to November 2018. Trans Union requires additional time to locate and assemble the documents relating to Plaintiff's allegations, any disputes Plaintiff submitted to Trans Union, and Trans Union's investigation of any such disputes. Further, Trans Union's counsel will need additional time to review the documents and

1

4143413.1

respond to the allegations in Plaintiff's Complaint. This Joint Motion is made in good faith and not for the purposes of delay.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including January 7, 2020. This is the first motion for extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 24th day of December 2019.

QUILLING SELANDER LOWNDS
WINSLETT & MOSER, P.C.

 /s/ Jennifer Bergh
**JENNIFER BERGH**
Nevada Bar No. 14480
6900 N. Dallas Parkway, Suite 800
Plano, TX 75024
(214) 871-2100
(214) 871-2111 Fax
jbergh@qslwm.com
*Counsel for Trans Union LLC*

**HAINES & KRIEGER, LLC**

 /s/ Miles N. Clark
**DAVID H. KRIEGER**
Nevada Bar No. 9086
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
(702) 880-5554
(702) 385-5518 Fax
dkrieger@hainesandkrieger.com
*Counsel for Plaintiff*

4143413.1

# ORDER

The Joint Motion for Extension of Time for Trans Union LLC to file an answer or otherwise respond is so ORDERED AND ADJUDGED.

**IT IS SO ORDERED**

**DATED:** 12/26/19

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

4143413.1