**JENNIFER BERGH**
Nevada Bar No. 14480
**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, TX 75201
Telephone: (214) 560-5460
Facsimile: (214) 871-2111
jbergh@qslwm.com

**COUNSEL FOR TRANS UNION LLC**

**Designated Attorney for Personal Service**
Trevor Waite, Esq.
Nevada Bar No.: 13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CORY ANTFLICK,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC, TRANS UNION, LLC, and WELLS FARGO BANK, NA,<br><br>Defendants. | Case No. 2:19-cv-02051-RFB-BNW<br><br>**JOINT MOTION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Cory Antflick ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Motion Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's First Amended Complaint.

On February 4, 2020, Plaintiff filed his First Amended Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's First Amended Complaint is February 18, 2020. Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's First Amended Complaint. This Joint Motion is made in good faith and not for the purposes of delay.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's First Amended Complaint up to and including March 3, 2020. This is the first motion for extension of time for Trans Union to respond to Plaintiff's First Amended Complaint.

Dated this 18th day of February 2020.

**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**

*/s/ Jennifer Bergh*
**JENNIFER BERGH**
Nevada Bar No. 14480
2001 Bryan Street, Suite 1800
Dallas, TX 75201
(214) 871-2100
(214) 871-2111 Fax
jbergh@qslwm.com
***Counsel for Trans Union LLC***

**HAINES & KRIEGER, LLC**


*/s/ Shawn W. Miller*
**DAVID H. KRIEGER**
Nevada Bar No. 9086
**SHAWN W. MILLER**
Nevada Bar No. 7825
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
(702) 880-5554
(702) 385-5518 Fax
dkrieger@hainesandkrieger.com
smiller@hainesandkrieger.com
***Counsel for Plaintiff***

# ORDER

The Joint Motion for Extension of Time for Trans Union LLC to file an answer or otherwise respond to Plaintiff's First Amended Complaint is so ORDERED AND ADJUDGED.

**IT IS SO ORDERED**

**DATED: February 19, 2020**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

4226821.1

# CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of February 2020, I electronically filed **JOINT MOTION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF system which will then send a notification of such to the following counsel of record:

| | |
|---|---|
| David H. Krieger<br>dkrieger@hainesandkrieger.com<br>Shawn W. Miller<br>smiller@hainesandkrieger.com<br>Haines & Krieger, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, NV 89123<br>(702) 880-5554<br>(702) 383-5518 Fax<br>***Counsel for Plaintiff*** | Mark J. Connot<br>mconnot@foxrothschild.com<br>Kevin M. Sutehall<br>ksutehall@foxrothschild.com<br>Fox Rothschild, LLP<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, NV 89135<br>(702) 262-6899<br>***Counsel for Wells Fargo Bank, NA*** |

                    */s/ Jennifer Bergh*
                    **JENNIFER BERGH**

4226821.1

4