1  Kelly H. Dove, Esq.
  Nevada Bar No. 10569
2  Jennifer L. McBee, Esq.
  Nevada Bar No. 9110
3  SNELL & WILMER L.L.P.
  3883 Howard Hughes Parkway, Suite 1100
4  Las Vegas, NV 89169
  Telephone (702) 784-5200
5  Fax: (702) 784-5252
  Email: kdove@swlaw.com
6      jmcbee@swlaw.com

7  *Attorneys for Wells Fargo Bank, N.A.*

8

9  **IN THE UNITED STATES DISTRICT COURT**

10  **FOR THE DISTRICT OF NEVADA**

11  CORY ANTFLICK,

Case No. 2:19-cv-02051-RFB-BWN

12          Plaintiff,

13      vs.

**SUBSTITUTION OF ATTORNEY**

14  EQUIFAX INFORMATION SERVICES, LLC;
  TRANS UNION, LLC; WELLS FARGO
15  BANK, N.A.,

16          Defendants.

17

18      Defendant Wells Fargo Bank, N.A. hereby substitutes the law firm of Snell & Wilmer

L.L.P., 3883 Howard Hughes Parkway, Suite 1100, Las Vegas, NV 89169, Telephone:
19
(702) 784-5200 and attorneys Kelly H. Dove, Esq. and Jennifer L. McBee, Esq., as attorneys of
20
record in place and stead of Fox Rothschild, LLP and attorneys Kevin M. Sutehall, Esq. and Mark J.
21
Connot, Esq.
22

23  DATED: March 12 , 2020.

24

                              WELLS FARGO BANK, N.A.
25
                              By: _____
26
                              Its: Counsel _____

27  ///

28  ///

*Snell & Wilmer*
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

I consent to the above substitution.

DATED this 16th day of March 2020.                    FOX ROTHSCHILD, LLP

                                                      */s/ Kevin M. Sutehall*
                                                      Mark J. Connot, Esq.
                                                      Kevin M. Sutehall, Esq.
                                                      1980 Festival Plaza Drive, Suite 700
                                                      Las Vegas, Nevada 89135
                                                      Phone: (702) 262-6899
                                                      Fax: (702) 597-5503

I am duly admitted to practice in this District. Above substitution accepted.

DATED this 16th day of March 2020.                    SNELL & WILMER L.L.P.

                                                      */s/ Kelly H. Dove*
                                                      Kelly H. Dove, Esq.
                                                      Jennifer L. McBee, Esq.
                                                      3883 Howard Hughes Parkway, Suite 1100
                                                      Las Vegas, Nevada 89169
                                                      Phone (702) 784-5200
                                                      Fax: (702) 784-5252

Please check one: ___X___ RETAINED, or _____ APPOINTED BY THE COURT

**IT IS SO ORDERED**

**DATED: March 17, 2020**

_____
**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**