| | |
|---|---|
| 1 | **JENNIFER BERGH** |
| | Nevada Bar No. 14480 |
| 2 | **QUILLING SELANDER LOWNDS** |
| 3 | **WINSLETT & MOSER, P.C.** |
| | 2001 Bryan Street, Suite 1800 |
| 4 | Dallas, TX 75201 |
| | Telephone: (214) 560-5460 |
| 5 | Facsimile: (214) 871-2111 |
| | jbergh@qslwm.com |
| 6 | |
| | Counsel for Trans Union LLC |
| 7 | |
| | **Designated Attorney for Personal Service** |
| 8 | Trevor Waite, Esq. |
| | Nevada Bar No.: 13779 |
| 9 | 6605 Grand Montecito Parkway, Suite 200 |
| | Las Vegas, Nevada 89149 |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CORY ANTFLICK, | Case No. 2:19-cv-02051-RFB-BNW |
| Plaintiff, | **JOINT MOTION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| v. | |
| EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC, TRANS UNION, LLC, and WELLS FARGO BANK, NA, | |
| Defendants. | **(THIRD REQUEST)** |

Plaintiff Cory Antflick ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Motion Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's First Amended Complaint.

On February 4, 2020, Plaintiff filed his First Amended Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's First Amended Complaint is March 17, 2020. Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's First Amended Complaint. This Joint Motion is made in good faith and not for the purposes of delay.

4276375.1

1

1   Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's First Amended Complaint up to and including March 31, 2020. This is the third motion for extension of time for Trans Union to respond to Plaintiff's First Amended Complaint.

Dated this 17th day of March 2020.

**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**

*/s/ Jennifer Bergh*
**JENNIFER BERGH**
Nevada Bar No. 14480
2001 Bryan Street, Suite 1800
Dallas, TX 75201
(214) 871-2100
(214) 871-2111 Fax
jbergh@qslwm.com
***Counsel for Trans Union LLC***

**KRIEGER LAW GROUP, LLC**

*/s/ Shawn W. Miller*
**DAVID H. KRIEGER**
Nevada Bar No. 9086
**SHAWN W. MILLER**
Nevada Bar No. 7825
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, Nevada 89052
(702) 880-5554
(702) 385-5518 Fax
dkrieger@kriegerlawgroup.com
smiller@kriegerlawgroup.com
***Counsel for Plaintiff***

4276375.1

**ORDER**

The Joint Motion for Extension of Time for Trans Union LLC to file an answer or otherwise respond to Plaintiff's First Amended Complaint is so ORDERED AND ADJUDGED.

Dated this __19th__ day of __March__ 2020.

_____
**UNITED STATES MAGISTRATE JUDGE**

4276375.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 17th day of March 2020, I electronically filed **JOINT MOTION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF system which will then send a notification of such to the following counsel of record:

| | |
|---|---|
| David H. Krieger<br>dkrieger@kriegerlawgroup.com<br>Shawn W. Miller<br>smiller@kriegerlawgroup.com<br>Krieger Law Group, LLC<br>2850 W. Horizon Ridge Parkway, Suite 200<br>Henderson, Nevada 89052<br>(702) 880-5554<br>(702) 383-5518 Fax<br>**Counsel for Plaintiff** | Mark J. Connot<br>mconnot@foxrothschild.com<br>Kevin M. Sutehall<br>ksutehall@foxrothschild.com<br>Fox Rothschild, LLP<br>1980 Festival Plaza Drive, Suite 700<br>Las Vegas, NV 89135<br>(702) 262-6899<br>and<br>Kelly H. Dove<br>kdove@swlaw.com<br>Snell & Wilmer LLP<br>3883 Howard Hughes Parkway<br>Las Vegas, NV 89169<br>(702) 784-5200<br>(702) 784-5252 Fax<br>**Counsel for Wells Fargo Bank, NA** |

_/s/ Jennifer Bergh_
**JENNIFER BERGH**

4276375.1

4