Kelly H. Dove, Esq.
Nevada Bar No. 10569
Jennifer L. McBee, Esq.
Nevada Bar No. 9110
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile:  702.784.5252
Email: kdove@swlaw.com
       jmcbee@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CORY ANTFLICK, an individual, | Case No. 2:19-cv-02051-RFB-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT WELLS FARGO BANK, N.A. WITH PREJUDICE** |
| EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; WELLS FARGO BANK, NA, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41, Plaintiff Cory Antflick ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), through their respective counsel, hereby stipulate and agree that

/ / /

/ / /

/ / /

/ / /

4841-4887-5452

Wells Fargo be dismissed from this action, with prejudice, with each party to bear its/his own attorneys' fees and costs.

| | |
|---|---|
| DATED: July 24, 2020 | DATED: July 24, 2020 |
| KRIEGER LAW GROUP, LLC | SNELL & WILMER L.L.P. |
| */s/ Shawn W. Miller* | */s/ Jennifer L. McBee* |
| David H. Krieger, Esq.<br>Shawn Wayne Miller, Esq.<br>2850 W. Horizon Ridge Parkway, Suite 299<br>Henderson, NV 89052<br>*Attorneys for Plaintiff Cory Antflick* | Kelly H. Dove (NV Bar No. 10569)<br>Jennifer L. McBee (NV Bar No. 9110)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>*Attorneys for Defendant Wells Fargo Bank, N.A.* |

**ORDER**

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 26th day of July, 2020.

4841-4887-5452

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2020, I electronically filed the foregoing **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT WELLS FARGO BANK, N.A. WITH PREJUDICE** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED this 24th day of July 2020.

*/s/ Mary Full*
An Employee of Snell & Wilmer L.L.P.

4841-4887-5452

- 3 -