David Krieger, Esq.
Nevada Bar No. 9086
Shawn Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway
Suite 200
Henderson, Nevada 89052
Phone: (702) 848-3855
Email: dkrieger@kriegerlawgroup.com
Email: smiller@kriegerlawgroup.com

**IN THE UNITED STATES DISCTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CORY ANTFLICK,<br><br>            Plaintiff,<br><br>       vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC; TRANS UNION, LLC; WELLS FARGO BANK, NA,<br><br>            Defendants. | **Case No. 2:19-cv-02051-RFB-BNW**<br><br>**STIPULATION AND ORDER DISMISSING TRANSUNION WITH PREJUDICE** |

## **STIPULATION**

Plaintiff Cory Antflick and Defendant TransUnion, LLC hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance with Fed. R. Civ. P. 41

…

…

…

…

…

…

…

(a)(2).  Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: July 27, 2020

| By: | /s/ David Krieger, Esq. | By: | /s/ Jennifer Bergh, Esq. |
|---|---|---|---|
| | David Krieger, Esq.<br>Nevada Bar No. 9086<br>KRIEGER LAW GROUP, LLC<br>2850 W. Horizon Ridge Parkway<br>Suite 200<br>Henderson, Nevada 89052<br>*Attorney for Plaintiff* | | Jennifer Bergh, Esq.<br>Nevada Bar No. 14480<br>QUILLING SELANDER LOWNDS<br>WINSLETT & MOSER, P.C.<br>6900 N. Dallas Parkway<br>Suite 800<br>Plano, Texas 75024<br>*Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 27th day of July, 2020.